JOHN W. HUBER, United States Attorney (#7226)
DANIEL D. PRICE, Assistant United States Attorney (#2646)
185 South State Street, Suite 300
Salt Lake City, UT 84111
Tel.: (801) 524-5682
daniel.price2@usdoj.gov

MARTA CAMPOS, Trial Attorney (*pro hac vice*)
SAMUEL G. HALL, Trial Attorney (*pro hac vice*)
United States Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section
950 Pennsylvania Avenue, N.W. – NWB
Washington, DC 20530
Tel.: (202) 514-4733 and (202) 353-4096
Fax: (202) 514-1116
marta.campos@usdoj.gov
samuel.hall2@usdoj.gov

Attorneys for the United States of America

___

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

___

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2: 14-CV-00454 |
| ) | Magistrate Judge Brooke C. Wells |
| SYNCHRONY BANK, formerly known as ) | |
| GE CAPITAL RETAIL BANK, ) | |
| ) | |
| Defendant. ) | |

___

## NOTICE OF TERMINATION OF CONSENT ORDER

Plaintiff the United States provides notice to the Court that the Consent Order, ECF No. 16, entered on June 26, 2014, has terminated pursuant to its own terms. Paragraph 43 of the Consent Order reads

1

> If Defendant has distributed all funds detailed in Paragraph 17 above in conformance with Paragraph 2 above, this Consent Order shall terminate three months after the submission of the Offer Exclusion Redress Plan Report to the DOJ and the Regional director; if there remain funds, as detailed in Paragraph 21 above, this Consent Order shall terminate three months after Defendant submits the last annual report to the DOJ and the Regional Director, as detailed in Paragraph 23.

Defendant submitted to the United States its Offer Exclusion Redress Plan Report on October 23, 2015, as is required by Paragraph 19 of the Consent Order, and has provided $201,454,811 in redress to 133,463 consumers. Defendant has, moreover, distributed all funds detailed in Paragraph 21 of the Consent Order, in conformance with Paragraph 2. As a result, the United States provides this notice to the Court that its Order has terminated.

Dated this 25th day of January 2016.

| | |
|---|---|
| JOHN W. HUBER<br>United States Attorney | VANITA GUPTA<br>Principal Deputy Assistant Attorney General<br>Civil Rights Division |
| | SAMEENA SHINA MAJEED<br>Acting Chief |
| DANIEL D. PRICE<br>Assistant U.S. Attorney | /s/ Samuel Hall<br>MARTA CAMPOS<br>SAMUEL G. HALL<br>Trial Attorneys<br>U.S. Department of Justice |

**CERTIFICATE OF SERVICE**

I certify that on January 25, 2016, I electronically filed the **Notice of Termination of Consent Order** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following parties of record:

James D. Gilson
Callister Nebeker & McCullough
Zions Bank Building, Suite 900
10 East South Temple
Salt Lake City, Utah 84133
jgilson@cnmlaw.com

D. Jean Veta (*pro hac vice*)
Covington & Burling LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004
Tel.: 202.662.5294
Fax: 202.778.5294
jveta@cov.com

Attorneys for Defendant Synchrony Bank

                                                /s/ Samuel Hall
                                                Samuel G. Hall
                                                Trial Attorney
                                                U.S. Department of Justice